Plaintiff Amount Order
Jerry H. Brown (5) $31,940.31 3/10/81
Paul Brown (6) 47,696.02
Lyle R. Daun (9) 15.784.96
Carroll B. Durant (12) 39,562.28
James E. Fusha (13) 26,643.54
James E. Goldsmith (14) 43.866.41
Theodore J. Kmieciak (19) 19,773.66
Vernon Phillips (25) 23.879.97
Alfred J. Tomczyk (29) 32,174.62
Joe L. Adams (1) 30,173.38 4/21/81
Orlando Cruz-Ibarra (8) 25,615.05
Jack L. Keadle (17) 2,951.37
Jack G. Park (24) 67.338.41
* Clayton L. Dean (10) 4/24/81
Lyndel C. Barnes (3) 22,857.45 5/1/81
Robert H. Larsen (20) 42,966.44
Vincent J. Meulemans (22) 57,508.43
* Robert E. Serafín (28)

 Due to the amount of offsets against the stipulated payments due Clayton L. Dean (10) and Robert E. Serafin (28), there were no money judgments.